IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

VERNON ROBINSON/MUHAMMAD,
ADC #81733                                                                                        PETITIONER

5:07CV00260JMM/HLJ

LARRY NORRIS                                                                                  RESPONDENT

## ORDER

Petitioner has submitted what the court has determined to be a successive petition to his previously filed habeas case, 5:94cv00591.  The amendments to 28 U.S.C. §2254 which were signed into law April 26, 1996 prohibit petitioners from filing a successive petition in District Court without authorization from the Circuit Court of Appeals.  The requirements which must be met to obtain authorization from the Court of Appeals are found in 28 U.S.C. §2244(b), as amended.  The amendments are available in the unit law library, or by contacting the Clerk, Eighth Circuit Court of Appeals, Thomas F. Eagleton Courthouse, 111 S. 10th Street, St. Louis, Mo. 63102, for more information.

THEREFORE, the pending petition for habeas corpus relief is hereby dismissed, pending an order from the Eighth Circuit Court of Appeals containing authorization for filing.

IT IS SO ORDERED this 22nd day of October, 2007.

_____
United States District Judge